AKRON TIRE COMPANY, INC., Respondent, v. WILLIAM M. BARRETT, as President of ADAMS EXPRESS COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

ANNA E. MORGAN, Appellant, v. JAMES H. POTTER, Respondent.— Order reversed, with ten dollars costs and disbursements, on the ground of insufficiency of the moving papers, and motion denied, with ten dollars costs, with leave to the defendant to renew said motion upon new papers. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

HENRY MANDEL v. GUARDIAN HOLDING COMPANY, INC. JAMES T. LEE, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

LEO CHADWIN v. AKRON TIRE COMPANY and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

MILES ROSENBLUTH v. AUGUSTA SULTAN.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

GRACE C. CASSIDY v. EDWARD C. CROWLEY, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

THOMAS F. GAGEN and Others v. JOSE P. RAMIREZ and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

ELLIOTT L. BROWN v. DENVER REALTY COMPANY, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

RUDOLPH SAENGER COMPANY, INC., v. GIANT SILK MANUFACTURERS, INC.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

JACOB LANDY v. STANDARD SHIPBUILDING CORPORATION.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

JACOB SHULMAN and Others v. NEW AMSTERDAM CASUALTY COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

HERMAN J. BOLDT v. CLAUDE A. WOODS.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

JULIAN LEONARD v. JOHN VOLZ. JEANNE LEONARD v. JULIAN LEONARD.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

ELLEN McN. ALTZ v. LOUIS LEIBERSON.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.